UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SALI JUNIKU,**

**Petitioner,**

**v.** **Case No. 6:25-cv-2007-CEM-LHP**

**SECRETARY OF UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DIRECTOR U.S. CITIZENSHIP AND IMMIGRATION SERVICES, USCIS REFUGEE, ASYLUM, AND INTERNATIONAL OPERATIONS DIRECTORATE, and DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION,**

**Respondents.**

_________________________________/

# ORDER

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 23, 2026.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record